**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sharon V. Woods       CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-10688 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee for GSAA Home Equity Trust 2005-12, Asset Backed Certificates, Series 2005-12 and index same on the master mailing list.

    Respectfully submitted,
**/s/ Rebecca A. Solarz Esquire**
Rebecca A Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322