```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 20-10688-amc
Sharon V Woods                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Christina              Page 1 of 1              Date Rcvd: Jul 21, 2020
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
db             +Sharon V Woods,    3825 Arendell Avenue,    Philadelphia, PA 19114-2819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee
               for GSAA Home Equity Trust 2005-12, Asset Backed Certificates, Series 2005-12
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              MICHAEL JOHN CLARK    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 mjclark@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               GSAA Home Equity Trust 2005-12, Asset Backed Certificates, Series 2005-12 bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Sharon V Woods Perlick@verizon.net,    pireland1@verizon.net
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sharon V. Woods<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association, as Trustee for GSAA Home Equity Trust 2005-12, Asset Backed Certificates, Series 2005-12<br>　　　　　　　　　Movant<br>　　　vs.<br>Sharon V. Woods<br>　　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　　Trustee | NO. 20-10688 AMC<br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on May 18, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: July 21, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Sharon V. Woods
3825 Arendell Avenue
Philadelphia, PA 19114

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532