# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10688-AMC

SHARON V WOODS

3825 ARENDELL AVENUE

PHILADELPHIA, PA 19114-

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

SHARON V WOODS

3825 ARENDELL AVENUE

PHILADELPHIA, PA 19114-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

               /S/ William C. Miller

Date: 9/16/2020           _____

               William C. Miller, Esquire
               Chapter 13 Standing Trustee