IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re<br>SHARON V WOODS,<br>　Debtor(s) | Chapter 13<br><br>Case No. 20-10688-amc<br><br>BANKRUPTCY JUDGE<br>ASHELY M CHAN |

REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Lord & Taylor [Last four digit of account:0824]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

　　　Synchrony Bank
　　　c/o PRA Receivables Management, LLC
　　　PO Box 41021
　　　Norfolk, VA 23541
　　　Telephone: (877)885-5919
　　　Facsimile: (757) 351-3257
　　　E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
July 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　By:/s/  Valerie Smith
　　　　　　　　　　　　　　　　　　　　　　　　Valerie Smith
　　　　　　　　　　　　　　　　　　　　　　　　c/o PRA Receivables Management, LLC
　　　　　　　　　　　　　　　　　　　　　　　　Senior Manager
　　　　　　　　　　　　　　　　　　　　　　　　PO Box 41021
　　　　　　　　　　　　　　　　　　　　　　　　Norfolk, VA 23541
　　　　　　　　　　　　　　　　　　　　　　　　(877)885-5919


Assignee Creditor: Lord & Taylor [Last four digit of account:0824]