| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Sharon V Woods | Case Number:<br><br>2:2020-bk-10688 | |
| Name of Creditor:<br><br>Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF1, Asset- Backed Certificates, Series 2006-WF1 | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number:  3636  UCID: WFCMGE2010688PAE57023636 | | ___ Check this box if the account number has changed. |
| 2.   Court Claim Number:  7 | | |
| 3.   **Signature:**<br><br>**Check the appropriate box.**<br>      **I am the creditor.**<br>  X  **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**<br>      **I am the trustee, or the debtor.**<br>      **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:   /s/ Karen Sue Branas            Date:  01/12/2022<br>        VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      CASE NO.:   20-10688

Sharon V Woods                              CHAPTER:    13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 12, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*            *By U.S. Postal Service First Class Mail Postage Prepaid:*

Sharon V Woods
3825 Arendell Avenue
Philadelphia, PA 19114

*Debtor's Attorney:*    *By CM / ECF Filing:*

ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

*Trustee:*           *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)