# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SHARON V WOODS<br>    Debtor | Case No. 20-10688-amc |
| | Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF1, Asset-Backed Certificates, Series 2006-WF1,<br>    Movant<br><br>vs.<br>SHARON V WOODS<br>    Respondent | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this ____ day of _____, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: November 16, 2022**

_____
Honorable Ashely M Chan
United States Bankruptcy Judge