# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

January 6, 2023

Clerk of U.S. Bankruptcy Court
Pennsylvania Eastern Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107

RE: Sharon V. Woods
SSN: XXX-XX-5702
BANKRUPTCY CASE#: 20-10688 AMC

Dear Clerk:

Please withdraw claim #5 filed by Educational Credit Management Corporation (ECMC) in the amount of $26,518.12 filed on March 9, 2020. This debt has been paid in full through consolidation.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 221-0566 X 113678.

Sincerely,

Chammye Xiong
Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408