United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10688-amc |
| Sharon V Woods | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14587552 | + Email/Text: bknotices@snsc.com | Mar 24 2023 00:06:00 | U.S. Bank Trust N.A., as Trustee of the Cabana, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for GSAA Home Equity Trust 2005-12, Asset Backed Certificates, Series 2005-12 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN E. CAINE | on behalf of Creditor U.S. Bank Trust  National Association, as Trustee of the Tiki Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: trc | Total Noticed: 1 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 kdlittleecf@gmail.com

MARIO J. HANYON

on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL JOHN CLARK

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 mclark@squirelaw.com

THOMAS SONG

on behalf of Creditor Deutsche Bank National Trust Company  et.al. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

on behalf of Debtor Sharon V Woods Perlick@verizon.net  pireland1@verizon.net

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-10688-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Sharon V Woods
3825 Arendell Avenue
Philadelphia PA 19114

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/22/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: U.S. Bank Trust N.A., as Trustee of the Cabana, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 | SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/25/23

Tim McGrath
**CLERK OF THE COURT**