UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                              CASE NO.: 20-10688
**CHAPTER 13**

**Sharon V Woods,**
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-12, ASSET-BACKED CERTIFICATES, SERIES 2005-12 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Attorney for Secured Creditor
                                            13010 Morris Rd., Suite 450
                                            Alpharetta, GA  30004
                                            Telephone: 470-321-7112
                                            Facsimile: 404-393-1425

                                            By: /s/Michelle L. McGowan, Esq.
                                                 Michelle L. McGowan, Esq.
                                                 Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on August 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SHARON V WOODS
3825 ARENDELL AVENUE
PHILADELPHIA, PA 19114

And via electronic mail to:

ZACHARY PERLICK
1420 WALNUT STREET, SUITE 718
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

                                      By: /s/ Angela Gill