Certificate Number: 05781-PAE-DE-039138895

Bankruptcy Case Number: 20-10688


05781-PAE-DE-039138895

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2024, at 8:04 o'clock AM PST, Sharon Woods completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 9, 2024                    By:    /s/Allison M Geving

                                            Name:  Allison M Geving

                                            Title: President