United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 20-10688-amc
Sharon V Woods | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Feb 18, 2025      Form ID: 138OBJ      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon V Woods, 3825 Arendell Avenue, Philadelphia, PA 19114-2819 |
| 14561889 | + | Deutsche Bank National Trust Company, c/o Andrew Spivak, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14465817 | | Deutsche Bank National Trust Company, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14495029 | + | HSBC Bank USA,NA Trustee, c/o Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14465503 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14532476 | + | U.S. Bank Trust, National Association, C/O BRIAN E. CAINE, 9000 Midlantic Drive, Suite 300, P.O. Box 5054, Mt. Laurel, NJ 08054-5054 |
| 14462017 | + | US Department of Education, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 14462018 | + | Vantum Capital, Inc., 7880 Bent Branch Dr., Suite 150, Irving, TX 75063-6045 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14473310 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14462005 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:10 | Ashley Funding Servicies, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14493504 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 19 2025 03:33:00 | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14462006 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 19 2025 03:33:00 | Carrington Mortgage Services, PO Box 54285, Irvine, CA 92619 |
| 14522470 | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14462007 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:10 | Dell Financial Services, c/o Resurgent Capital Services, POB 10390, Greenville, SC 29603-0390 |
| 14485381 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

Case 20-10688-amc   Doc 99   Filed 02/20/25   Entered 02/21/25 00:42:16   Desc Imaged
                             Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 19 2025 03:40:08 | Deutsche Bank National Trust Company, et.al., Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14462008 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:30 | East Bay Funding, LLC, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14480749 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 19 2025 03:33:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14462009 | | Email/Text: ECF@fayservicing.com | Feb 19 2025 03:33:00 | Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006 |
| 14919067 | + | Email/Text: RASEBN@raslg.com | Feb 19 2025 03:33:00 | HSBC Bank USA National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14492536 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 19 2025 03:33:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14919198 | + | Email/Text: RASEBN@raslg.com | Feb 19 2025 03:33:00 | HSBC Bank USA, National Association, Robertson, Anschutz, Schneid,Crane & Par, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14918987 | ^ | MEBN | Feb 19 2025 03:30:56 | HSBC Bank USA, National Association,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14918986 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 19 2025 03:33:00 | MASTR Asset Backed Securities Trust 2005-AB1,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14462010 | | Email/PDF: ebn_ais@aisinfo.com | Feb 19 2025 03:40:12 | Midland Funding, LLC, by AMerican Infosource, Attn. Dept. 1, POB 4457, Houston, TX 77210-4457 |
| 14462011 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2025 03:33:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 14462012 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 19 2025 03:40:30 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14478030 | | Email/PDF: bankruptcy_prod@navient.com | Feb 19 2025 03:40:34 | Navient PC TRUST, c/o Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14462013 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 19 2025 03:40:13 | Navient PC Trust, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14930477 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 19 2025 03:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Wendy Locke, Aldridge Pite LLP, 3333 Camino del Rio South Suite 225, San Diego, CA 92108-3808 |
| 14462014 | ^ | MEBN | Feb 19 2025 03:31:01 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14462015 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:34:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14462016 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:40:19 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14766959 | | Email/Text: bknotices@snsc.com | Feb 19 2025 03:34:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 14620084 | ^ | MEBN | Feb 19 2025 03:30:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14492151 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 19 2025 03:33:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14587552 | + | Email/Text: bknotices@snsc.com | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Feb 19 2025 03:34:00 | U.S. Bank Trust N.A., as Trustee of the Cabana, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14493461 | + Email/Text: bankruptcy@bsifinancial.com | Feb 19 2025 03:33:00 | U.S. Bank Trust, N.A., c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 14465504 | + Email/Text: bankruptcy@bsifinancial.com | Feb 19 2025 03:33:00 | U.S. Bank Trust, N.A. as Trustee, c/o BSI Financial, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 14462020 | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14561890 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:40:21 | Wells Fargo Bank, N.A., 3476 Stateview Blvd., Fort Mill, South Carolina 29715-7200 |
| 14462021 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 04:01:36 | Wells Fargo Bank, NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14462019 | | various residential tenant leases |
| 14465507 | | various residential tenant leases |
| 14465492 | * | Ashley Funding Servicies, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14465493 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, PO Box 54285, Irvine, CA 92619 |
| 14465494 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, c/o Resurgent Capital Services, POB 10390, Greenville, SC 29603-0390 |
| 14465495 | *+ | East Bay Funding, LLC, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14465496 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006 |
| 14531206 | *+ | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14465497 | * | Midland Funding, LLC, by AMerican Infosource, Attn. Dept. 1, POB 4457, Houston, TX 77210-4457 |
| 14465498 | *+ | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14465499 | *+ | Navient PC Trust, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14465500 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14465501 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14465502 | *+ | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14465505 | *+ | US Department of Education, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 14465506 | *+ | Vantum Capital, Inc., 7880 Bent Branch Dr., Suite 150, Irving, TX 75063-6045 |
| 14465508 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14465509 | *+ | Wells Fargo Bank, NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14464465 | ##+ | Carrington Mortgage Services, LLC et al, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 2 Undeliverable, 16 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 18, 2025 | Form ID: 138OBJ | Total Noticed: 43

Date: Feb 20, 2025           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

**Name**      **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Deutsche Bank National Trust Company  et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN E. CAINE
on behalf of Creditor U.S. Bank Trust  National Association, as Trustee of the Tiki Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 logsecf@logs.com

DENISE ELIZABETH CARLON
on behalf of Creditor HSBC Bank USA  National Association, as Trustee for GSAA Home Equity Trust 2005-12, Asset Backed Certificates, Series 2005-12 bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE
on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 KRLITTLE@FIRSTAM.COM

MARIO J. HANYON
on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL JOHN CLARK
on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 mclark@pincuslaw.com

MICHELLE L. MCGOWAN
on behalf of Creditor HSBC Bank USA  National Association mimcgowan@raslg.com

THOMAS SONG
on behalf of Creditor Deutsche Bank National Trust Company  et.al. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Debtor Sharon V Woods Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 13

*Form 138OBJ* (6/24)−doc 98 − 96

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Sharon V Woods )   Case No. 20−10688−amc
 )
 )
Debtor(s). )   Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 18, 2025    For The Court

Timothy B. McGrath
Clerk of Court