United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10688-amc |
| Sharon V Woods | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 18, 2025 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sharon V Woods, 3825 Arendell Avenue, Philadelphia, PA 19114-2819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN E. CAINE | on behalf of Creditor U.S. Bank Trust  National Association, as Trustee of the Tiki Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for GSAA Home Equity Trust 2005-12, Asset Backed Certificates, Series 2005-12 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 234 | Total Noticed: 1 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 KRLITTLE@FIRSTAM.COM

MARIO J. HANYON

on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL JOHN CLARK

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Deutsche Bank National Trust Company, as Trustee of Vendee Mortgage Trust 2008-1 mclark@pincuslaw.com

MICHELLE L. MCGOWAN

on behalf of Creditor HSBC Bank USA  National Association mimcgowan@raslg.com

THOMAS SONG

on behalf of Creditor Deutsche Bank National Trust Company  et.al. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

on behalf of Debtor Sharon V Woods Perlick@verizon.net
pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sharon V Woods
        Debtor(s)                                                    Case No:20−10688−amc
                                                                                     Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                           For The Court

                                                                           Timothy McGrath,
                                                                           Clerk of Court

Date: 2/18/25